# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. PEREZ, et al.,<br><br>　　　　Defendants. | 1:19-cv-00400-JLT-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 41.)<br><br>ORDER FOR THIS CASE TO PROCEED WITH PLAINTIFF'S CLAIMS AGAINST DEFENDANTS PEREZ, MUNOZ, SIMS, AND MALDONADO FOR FAILURE TO PROTECT PLAINTIFF, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 39.) |

　　　　Etuate Sekona is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 21, 2022, the Court entered findings and recommendations that this action proceed only against defendants Correctional Officers R. Perez, L. Munoz, C. Sims, and Maldonado, for failing to protect Plaintiff in violation of the Eighth Amendment, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim.  (Doc. 41.)  On February 7, 2022, Plaintiff filed objections to the findings and recommendations. (Doc. 42.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff's objections do not meaningfully address the magistrate judge's recommendations, which explain in detail why certain of Plaintiff's claims may proceed, while others fail to state a claim. Thus, the Court **ORDERS**

1. The findings and recommendations issued by the magistrate judge on January 21, 2022, (Doc. 41), are adopted in full.
2. This case now proceeds with Plaintiff's claims against defendants Correctional Officers R. Perez, L. Munoz, C. Sims, and Maldonado, for failing to protect Plaintiff in violation of the Eighth Amendment.
3. All other claims and defendants in the Third Amended Complaint are dismissed from this case, with prejudice, based on Plaintiff's failure to state a claim.
4. Plaintiff's claims for conspiracy, retaliation, violation of due process, false reports/accusations, verbal harassment, and fraud are dismissed based on Plaintiff's failure to state a claim.
5. Defendant Lieutenant Potelo is dismissed from this case based on Plaintiff's failure to state any claims against this Defendant; and
6. This case is referred back to the magistrate judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated:   **February 15, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE