UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>        Plaintiff,<br><br>   v.<br><br>R. PEREZ, et al.,<br><br>        Defendants. | **1:19-cv-00400-JLT-GSA-PC**<br><br>**ORDER DENYING REQUEST FOR RECONSIDERATION BY DISTRICT JUDGE OF MAGISTRATE JUDGE'S ORDER GRANTING DEFENDANTS A 90-DAY EXTENSION OF TIME**<br><br>**(Doc. 53.)** |

## I.    BACKGROUND

On March 28, 2019, Plaintiff filed the Complaint commencing this action.  (Doc. 1.) This action now proceeds with Plaintiff's claims against defendants Correctional Officers R. Perez, L. Munoz, C. Sims, and Maldonado, ("Defendants") for failing to protect Plaintiff in violation of the Eighth Amendment.  (Doc. 43.) On May 23, 2022, Plaintiff filed a motion for the district judge to reconsider the magistrate judge's order granting Defendants a 90-day extension of time to file a responsive pleading.  (Doc. 53.)

## II.    REQUEST FOR RECONSIDERATION BY DISTRICT JUDGE

Local Rule 303 provides that "[a] party seeking reconsideration of the Magistrate Judge's ruling shall file a request for reconsideration by a Judge . . . specifically designat[ing] the ruling, or party thereof, objected to and the basis for that objection.'"  Local Rule 303(c). "The standard that the assigned Judge shall use in all such requests is the 'clearly erroneous or

contrary to law' standard set forth in 28 U.S.C. § 636(b)(1)(A)."  Local Rule 303(f).

Plaintiff requests review by the district judge of the magistrate judge's order issued on May 6, 2022, which granted Defendants a 90-day extension of time to file a responsive pleading.  (Doc. 50.)  Plaintiff disagrees with the magistrate judge's decision to grant a 90-day extension of time.  Plaintiff would only agree to a 30-day extension.  Plaintiff argues that it is unfair to Plaintiff for the Attorney General to request such a long extension of time.

The court does not find the magistrate judge's order to be erroneous or contrary to law. Therefore, Plaintiff's motion for reconsideration, filed on May 23, 2002, shall be denied.

## III.   CONCLUSION

Based on the foregoing, the Court **ORDERS**:

1.     Plaintiff's request for reconsideration by the district judge of the magistrate judge's May 6, 2022 order granting Defendants a 90-day extension of time, filed on May 23, 2022, is DENIED; and

2.     This case is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 22, 2022**

UNITED STATES DISTRICT JUDGE