UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>    Plaintiff,<br><br>    v.<br><br>R. PEREZ, et al.,<br><br>    Defendants. | No.  1:19-cv-00400 JLT GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE<br><br>(ECF No. 104) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This case is at the dispositive motion stage of the proceedings.  See ECF Nos. 69, 76, 78 (Defendants' motion for summary judgment; Plaintiff's opposition; Defendants' reply, respectively).

Before this Court is Plaintiff's motion for a settlement conference.  ECF No. 104.  For the reasons stated below, the Court will deny the motion at this time.

I.    RELEVANT FACTS

On May 6, 2025, in an effort to expedite a final resolution of this case, the parties were ordered to inform the Court whether they were interested in participating in a settlement conference.  ECF No. 102.  The parties were given seven days to respond to the Court's order.  Id.

1

On May 13, 2025, Defendants responded that they were not interested in participating in a settlement conference at this time because of their outstanding motion for summary judgment largely concerns an exhaustion-based issue. ECF No. 103. However, on May 19, 2025, Plaintiff filed the instant motion for a settlement conference. ECF No. 104.

## II.  DISCUSSION

Given that Defendants are currently not interested in participating in a settlement conference, Plaintiff's request to participate in one must be denied. It would be a waste of judicial resources to schedule such a hearing if both parties are not ready to come to the table and negotiate a final disposition of this case in good faith. In any event, as Defendants have indicated, given that their motion for summary judgment is exhaustion-based in nature, it is a reasonable statement on their part that the resolution of that motion will affect whether they will be interested in participating in a settlement conference in the future. See ECF No. 103 at 2. For these reasons, Plaintiff's motion will be denied, and instead, Defendants' motion for summary judgment will be considered on its merits.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a settlement conference (ECF No. 104) is DENIED.

IT IS SO ORDERED.

Dated:  **June 24, 2025**              /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE