UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>            Plaintiff,<br><br>    v.<br><br>R. PEREZ, et al.,<br><br>            Defendants. | Case No.: 1:19-cv-0400 JLT HBK<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S CONSTRUED MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Docs. 100, 108) |

Etuate Sekona asserts the defendants violated his civil rights while he was incarcerated at Kern Valley State Prison. (*See generally* Doc. 39.) Plaintiff requested "an emergency TRO" to protect his right to due process. (Doc. 100 at 1-2.) The magistrate judge found Plaintiff's request for injunctive relief was "procedurally deficient" and failed to comply with Rule 65 of the Federal Rules of Civil Procedure. (Doc. 108 at 4.) In addition, the magistrate judge determined that the motion was "without merit," and the alleged wrongful conduct identified by Defendants was in the past. (*Id.* at 4-5.) The magistrate judge found any "[s]peculative fears" about future events did not establish an irreparable injury." (*Id.* at 5.) Consequently, the magistrate judge found the action did "not involve extraordinary circumstances warranting the issuance of a TRO" and recommended the Court deny the motion. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 108 at 5.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 6, citing

1

*Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 29, 2025 (Doc. 108) are **ADOPTED** in full.
2. Plaintiff's motion for a temporary restraining order (Doc. 100) is **DENIED**.

IT IS SO ORDERED.

Dated:   **August 25, 2025**

UNITED STATES DISTRICT JUDGE