UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>I. MUNOZ,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00400-JLT-HBK (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE AND PARAMETERS AND SCHEDULING PRE-CONFERENCE TELEPHONIC DISCUSSION<br><br>**Settlement Statements Due: 11/10/2025**<br><br>**Telephonic Pre-Conference: 11/12/2025**<br>**Plaintiff: 10:00 a.m. / Defendant: 10:45 a.m.**<br><br>**Zoom Settlement Conference: 11/19/2025** |

The parties have not opted out of a settlement conference. (Doc. No. 113). As a result, the Court sets this matter for a settlement conference prior to setting this case for trial pursuant to Local Rule 270(b).

Accordingly, it is ORDERED:

1. Absent any objection from the parties,[1] Magistrate Judge Helena Barch-Kuchta will hold a settlement conference on **Wednesday November 19, 2025 at 10:00 a.m.** The

---

[1] Because the undersigned is not the trial judge, the Court's Local Rules do not prohibit the undersigned from conducing the settlement conference. Local Rule 270(b). If any party requests that the conference not be conducted by the undersigned, the undersigned will refer it to another Magistrate Judge. *Id.*

    Court will conduct the settlement conference via video conference. The Zoom settlement conference invitation will be distributed the week prior.[2] The Court has set aside time for this settlement conference and expects the parties to proceed with the settlement conference in good faith to resolve this case in its entirety. If any party believes that the settlement conference will not be productive, that party shall so inform the court as far in advance of the settlement conference as possible.

2. The parties are directed to submit confidential settlement statements to arrive no later than **November 10, 2025**. Defendant shall email his settlement statement to Judge Barch-Kuchta's chambers at hbkorders@caed.uscourts.gov. Plaintiff shall mail his settlement statement to the Attn: Magistrate Judge Helena Barch-Kuchta, U.S. District Court, 2500 Tulare Street, Fresno, CA 93721. The envelope shall be marked "CONFIDENTIAL. SETTLEMENT STATEMENT."

3. The statement should not exceed 5 pages and should include:
   a. A brief summary of the facts of the case;
   b. A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;
   c. A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;
   d. An estimate of the expected costs and time to be expended for further discovery, pretrial matters, and trial;
   e. A summary of past settlement discussions, a statement of the party's current position on settlement, **including the amount the party would offer and accept to settle** (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;

---

[2] Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Patricia Apodaca, Courtroom Deputy for the Hon. Helena Barch-Kuchta, United States Magistrate Judge, at PApodaca@caed.uscourts.gov

2

   f. An estimate of any restitution allocated to Plaintiff, or other financial obligation assigned to Plaintiff, that would affect the parties' settlement discussions; and

   g. If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

4. The settlement statement should not be filed on the docket nor served on the other party. The Parties instead shall file a "Notice of Submission of Confidential Settlement Conference Statement" (*see* Local Rule 270(d)). In compliance with Local Rule 270(d)-(e), the settlement statements will be used exclusively for the undersigned to prepare for and conduct the settlement conference. They will not become part of the case file and will be shred thereafter under Local Rule 270(e).

5. Judge Barch-Kuchta will hold a short, pre-settlement conference telephone discussion on **November 12, 2025, at 10:00 a.m. (for Plaintiff) and 10:45 a.m. (for Defendants).** The Parties shall call in on the above-scheduled date and time by using the Court's Teleconference Line: 1-669-254-5252; Meeting I.D. 160-644-7139; Passcode is 646053.

6. Unless otherwise permitted in advance by the court, the following individuals must attend the settlement conference in person: all the attorney(s) or pro se litigant who will try the case. Any individual with full authority to negotiate and settle the case on any terms must be available by telephone or email. *See* Local Rule 270(f).

7. The Clerk of the Court is directed to serve a courtesy copy of this Order via email on the Litigation Coordinator at Plaintiff's current facility.

Dated: October 23, 2025

            HELENA M. BARCH-KUCHTA
            UNITED STATES MAGISTRATE JUDGE