UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>L. MUNOZ,<br><br>　　　　　　　Defendant. | 1:19-cv-00400-JLT-HBK (PC)<br><br>AMENDED[1] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR **WITNESS ETUATE SEKONA, CD # AM-9766, BY TELEPHONE CONFERENCE**<br><br>**DATE: November 10, 2025**<br>**TIME: 10:00 a.m.** |

　　　　**Etuate Sekona, #AM-9766**, a necessary and material witness in a pre-settlement conference in this case on **November 10, 2025**, is confined at **Valley State Prison, P.O. Box 96, Chowchilla, CA 93610**, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena M. Barch-Kuchta, by **telephonic pre-settlement conference** from his place of confinement, on **November 10, 2025, at 10:00 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephone, to participate in a pre-settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. The phone number and access code will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Valley State Prison at (559) 665-8919 or via email at CDCRVSPLitigationCoordinator@cdcr.ca.gov.

4. Any difficulties connecting to the telephonic conference shall immediately be reported to Patricia Apodaca, Courtroom Deputy, at papodaca@caed.uscourts.gov.

---

[1] Amended as to date due to conflict with Court's schedule.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of Valley State Prison, P.O. Box 96, Chowchilla, CA 93610**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Helena M. Barch-Kuchta at the time and place above, by telephone, until completion of the pre-settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:   October 30, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE